**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00569-GPG

SUZANNE ELAINE MCKINNEY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERANS' AFFAIRS,
VETERANS' BENEFITS ADMINISTRATION,
VERIZON, INC.,
MEMORIAL HOSPITAL,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Suzanne Elaine McKinney, is a resident of Denver Colorado.  On March 8, 2016, she filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).  On the same day, she also filed *pro se* a "Motion to Have Civil Action Filing Fee Waived, e-Filing Requirements Waived, And Administrative Attorney Reinstatement Fees Waived or, in the Alternative, to Proceed *Pro Se*" (ECF No. 4), "Motion for Leave to Restrict Public Access to, or in the Alternative Redact Portions of Court Documents and Exhibits" (ECF No. 5), and a Motion for Temporary Restraining Order (ECF No. 6).

    Although Plaintiff is a licensed attorney with the Colorado Supreme Court, she is not an active member of the bar for the Federal District Court for the District of Colorado.  Therefore, she is proceeding *pro se*.

    As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the complaint is deficient as described in this order.  Plaintiff will be

directed to cure the following if she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __        is not submitted
(2)  __        is missing affidavit
(3)  __        is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __        is missing certificate showing current balance in prison account
(5)  __        is missing required financial information
(6)  __        is missing authorization to calculate and disburse filing fee payments
(7)  __        is missing an original signature by the prisoner
(8)  __        is not on proper form
(9)  __        names in caption do not match names in caption of complaint, petition or habeas application
(10) __        other:

**Complaint, Petition or Application**:
(11) __        is not submitted
(12) X         is not on proper form
(13) __        is missing an original signature by the prisoner
(14) __        is missing page nos.
(15) __        uses et al. instead of listing all parties in caption
(16) __        names in caption do not match names in text
(17) __        addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __        other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov and use that form to cure the deficiency. It is

2

FURTHER ORDERED that because Plaintiff has indicated she is having computer and internet issues, the Clerk of Court shall send Plaintiff a copy of the court-approved Complaint form, along with the applicable instructions.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 11, 2016, at Denver, Colorado.

BY THE COURT:
s/ Gordon P. Gallagher
United States Magistrate Judge